

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6301
Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
Attorney for the United States

FILED

2017 NOV 30  AM 10: 19

U.S. MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF,<br>VS.<br><br>DAX RYAN TERRY,<br><br>               DEFENDANT. | Case No.  2:17-mj-1134-GWF<br><br>**SEALED ORDER**<br><br>**(Under Seal)** |

In making its probable cause determination, the Court reviewed a copy of images referenced in the affidavit. The Court **ORDERS** those images to be sealed. The Court **INSTRUCTS** the Clerk's Office to maintain the sealed copy of those images, along with a copy of the Complaint, in a secured, locked location within the Clerk's Office.

IT IS SO ORDERED.

DATED this 30th day of November, 2017.

_____
United States Magistrate Judge