# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DAX TERRY,<br><br>　　　　　Defendant. | Case No. 2:17-mj-1134-GWF<br><br>**ORDER TO UNSEAL CASE** |

　　　Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

　　　**DATED** this __27th__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE