# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00072-APG-NJK |
| Plaintiff, | **Order Setting Status Conference** |
| v. | |
| DAX RYAN TERRY, | |
| Defendant. | |

On September 11, 2018, the Court granted the United States' motion for psychiatric evaluation of Defendant Dax Ryan Terry. Docket No. 30. The evaluation has now been completed. Therefore, the Court sets a status conference for January 14, 2019, at 10:00 a.m., in Courtroom 3A.

IT IS SO ORDERED.

DATED: January 8, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE