# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DAX TERRY,<br>    Defendant. | Case No. 2:18-cr-00072-APG-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant's attorney's motion to withdraw as counsel. Docket No. 101.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for August 23, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and all counsel must be present in the courtroom.

IT IS SO ORDERED.

Dated: August 10, 2022.

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge