UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DAX RYAN TERRY,<br><br>　　Defendant. | Case No. 2:18-cr-00072-APG-NJK<br><br>**ORDER VACATING TRIAL DATE** |

　　Magistrate Judge Koppe has ordered defendant Dax Ryan Terry to be held in a Bureau of Prisons facility to determine the likelihood of him attaining capacity to permit this case to go forward. ECF No. 123.

　　I THEREFORE ORDER that the February 26, 2024 trial date and all related dates (*see* ECF No. 120) are hereby vacated. New dates will be set if Mr. Terry has recovered sufficiently for the case to go forward. The period of time required by Mr. Terry's hospitalization and the court's determination of his competency to stand trial is excludable time under the United States Constitution, the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), and Rule 5.1 of the Federal Rules of Criminal Procedure.

　　DATED THIS  day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1