Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAX TERRY,<br><br>Defendant. | 2:18-CR-00072-APG-NJK<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between LANCE A. MANINGO, ESQ., Counsel for Defendant and AFROZA YEASMIN, Assistant United States Attorney, Counsel for the United States of America, that the Status Hearing, currently scheduled for September 30, 2024, at 1:00 p.m. be vacated and continued a minimum of ninety (90) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That Defendant was admitted to the Mental Health Unit of FMC Butner on March 5, 2024;

2. That Defendant is currently undergoing interviews and psychological testing;

3. That the evaluation period for Defendant had been calculated to end on or about July 2, 2024, with a final report being forwarded to the Court within 14 working days of the end date (July 22, 2024);

4. That on July 18, 2024, the parties received an electronic copy of the report;

5. That on September 27, 2024, the parties were informed by the Court that the Defendant was still in BOP custody out of District;

6. That the Parties agree to the continuance;

7. That this is the third request for a continuance of the Status Hearing in this case;

8. That denial of this request for a continuance could result in a miscarriage of Justice; and

9. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

RESPECTFULLY SUBMITTED this 27th day of September 2024.

By: /s/ Lance A. Maningo  
LANCE A. MANINGO, ESQ.  
Attorney for Defendant

By: /s/ Afroza Yeasmin  
AFROZA YEASMIN  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DAX TERRY,

          Defendant.

2:18-CR-00072-APG-NJK

**STIPULATION TO CONTINUE STATUS HEARING**

**(Third Request)**

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds:

1. That Defendant was admitted to the Mental Health Unit of FMC Butner on March 5, 2024;

2. That Defendant is currently undergoing interviews and psychological testing;

3. That the evaluation period for Defendant had been calculated to end on or about July 2, 2024, with a final report being forwarded to the Court within 14 working days of the end date (July 22, 2024);

4. That on July 18, 2024, the parties received an electronic copy of the report;

5. That on September 27, 2024, the parties were informed by the Court that the Defendant was still in BOP custody out of District;

6. That the Parties agree to the continuance;

7. That this is the third request for a continuance of the Status Hearing in this case;

8. That denial of this request for a continuance could result in a miscarriage of Justice; and

9. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for September 30, 2024, at 1:00 p.m. be vacated and continued to January 7, 2025, at 10:00 a.m.

DATED this 27th day of September 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2