**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAX RYAN TERRY,<br><br>　　　　　Defendant. | 2:18-CR-072-APG-NJK<br><br>**Preliminary Order of Forfeiture** |

This Court finds Dax Ryan Terry pled guilty to Count One of a One-Count Criminal Information charging him with possession of obscene visual representations of the sexual abuse of children in violation of 18 U.S.C. § 1466A(b)(2). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Dax Ryan Terry agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Dax Ryan Terry pled guilty.

The following property is (1) any obscene material produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 1466A(b)(2) and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 1466A(b)(2) and is subject to forfeiture under 18 U.S.C. § 1467(a)(1) and 1467(a)(3):

1. Amazon Kindle Fire, model 3HT2G, including its drive;

2. Acer Chromebook R13, model N16Q10, serial number NXFL4AA008638188AO7600, including its drive;
3. Asus laptop, model ZX53V, serial number GAN0CV16Z874437, including its drive;
4. Samsung Galaxy S8+, model SM-G955U, IMEI 357498080291540;
5. Three (3) Samsung VR Goggles;
6. Amazon Kindle Fire, model D01400, including its drive;
7. Western Digital external hard drive, serial number WGAZA2101938;
8. Samsung Gear S3 Frontier, model SM-R760, serial number R5AJ502SH3Z, including its drive;
9. Kindle Fire HD Tablet, model 3HTZG, including its drive;
10. Sandisk micro SD Card, 200GB;
11. Micro SD Card, 200GB;
12. Samsung Galaxy S7 Edge, model SM-G935A, IMEI 3555030718400064;
13. Xbox One X console, model 1787, serial number 087553173817 including its drive;
14. Xbox One console, model 1540, serial number 035898260248, including its drive;
15. Western Digital external hard drive, serial number VK0OYHLY;
16. Dell desktop computer, serial number GL8HDHHI, including its drive;
17. Western Digital external hard drive, serial number WCAWZ1037306;
18. Acer laptop, model VA70, serial number NXM31AA001219005867200, including its drive;
19. Asus laptop, serial number F8N0BC00230532A, including its drive; and
20. Western Digital external hard drive, serial number WU2Q10276418

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Dax Ryan Terry in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____July 10_____, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4